JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WELLS,<br><br>        Plaintiff,<br><br>        v.<br><br>VIKING CRUISES, et al.,<br><br>        Defendants. | Case No. CV 20-3366 FMO (JPRx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 28th day of October, 2020.

                                                                     /s/
                                               Fernando M. Olguin
                                            United States District Judge